ACCEPTED
03-13-00599-CV
7407234
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 11:56:36 AM
JEFFREY D. KYLE
CLERK

# LynnTillotsonPinkerCox

**Jeff Tillotson | Partner**

Direct 214 981 3838
jtillotson@lynnllp.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/16/2015 11:56:36 AM

JEFFREY D. KYLE
Clerk

October 16, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Third District Court of Texas
P. O. Box 112547
Austin, Texas  78711-2547

> Re:    Case No. 03-13-00599-CV; *Horse Hollow Generation Tie, LLC v. Whitworth-Kinsey #2, Ltd., et al.*

Dear Sir:

Please be advised that I will be presenting oral submission on November 4, 2015 on behalf of Appellant Horse Hollow Generation Tie, LLC in the above case.

Very truly yours,

Jeffrey M. Tillotson, P.C.

JMT/sdw

cc:    Mr. Matthew F. Wymer *(Via E-Service)*
       Beirne, Maynard & Parsons, LLP
       112 E. Pecan, Suite 2750
       San Antonio, Texas  78205

       Mr. Laird Palmer *(Via E-Service)*
       P. O. Box 860
       Mason, Texas  76856

4835-5472-4393, v.  1